IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL HIMEBAUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 06-6183-TC |
| v. ) | |
| ) | ORDER |
| GUY HALL, ) | |
| ) | |
| Defendant. ) | |

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on February 27, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Defendant's motion to dismiss is allowed. This action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this  21st  day of  March , 2007.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER